## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN CHRISTIAN GRAVLEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF OKLAHOMA, et al., ) <br> ) <br> Defendants. ) | Case No. CV-24-167-D |

### ORDER

Before the Court is United States Magistrate Judge Suzanne Mitchell's Report and Recommendation [Doc. No. 34] filed pursuant to 28 U.S.C. § 636(b)(1). Judge Mitchell recommended granting Plaintiff's Motion to Dismiss [Doc. No. 32] and continuing to collect monthly payments until Plaintiff has paid the full filing fee. Plaintiff has since paid the full fee [Doc. No. 35] and has not filed any timely objections to Judge Mitchell's report.

Therefore, upon review of the file, the Court **ADOPTS** the Report and Recommendation [Doc. No. 34] in its entirety and **GRANTS** Plaintiff's Motion [Doc. No. 32].

**IT IS THEREFORE ORDERED** that the above-captioned action is dismissed without prejudice. A separate Judgment will be entered.

**IT IS SO ORDERED** this 11th day of October, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge